KELSEY BROWN, CA #263109
Dellert Baird Law Offices, PLLC
PO Box 3757
Silverdale, WA 98383

Phone: (360) 329-6968
Fax: (360) 329-6968
Email: Dellert.Law.Office@gmail.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| REBECCA STUVA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>COMMISSIONER OF SOCIAL SECURITY<br><br>　　　　　Defendant. | Case # 2:14-CV-01773-CMK<br><br>STIPULATED MOTION AND ORDER FOR EXTENSION OF TIME |

　　　The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Plaintiff shall have a first extension of time to file Plaintiff's Opening Brief.

　　　Counsel for the Plaintiff has a heavy caseload and does not have additional attorneys to help with this caseload at this time. As a result, counsel for Plaintiff requires additional time to draft the Opening Brief. Plaintiff requests a 30 day extension of time per the scheduling order to February 22, 2015.

Page 1    MOTION
         [2:14-CV-01773-CMK]

Dellert Baird Law Offices, PLLC
PO Box 3757
Silverdale, WA 98383
(360) 329-6968

The parties stipulate that the Court's Scheduling Order shall be modified accordingly.

Dated January 23, 2015:        /s/ Kelsey M Brown
                               KELSEY MACKENZIE BROWN CA #263109
                               Dellert Baird Law Offices, PLLC
                               PO Box 3757
                               Silverdale, WA 98383
                               (360) 329-6968
                               Attorney for Plaintiff

Dated January 29, 2015:        s/ KELSEY M. BROWN for Kevin Gill
                               KEVIN GILL
                               (per e-mail authorization)
                               Special Assistant U.S. Attorney
                               Office of the General Counsel

                               Of Attorneys for Defendant

### ORDER

The Court adopts the parties' stipulation as outlined above. Plaintiff's opening brief is due within 30 days of the date of this order. The Court's Scheduling Order (Doc. 6) is modified accordingly.

IT IS SO ORDERED.

Dated: February 5, 2015

                                                    CRAIG M. KELLISON
                                                    UNITED STATES MAGISTRATE JUDGE

Page 2    MOTION
          [2:14-CV-01773-CMK]

Dellert Baird Law Offices, PLLC
PO Box 3757
Silverdale, WA 98383
(360) 329-6968