KELSEY BROWN, CA #263109
Dellert Baird Law Offices, PLLC
PO Box 3757
Silverdale, WA 98383

Phone: (360) 329-6968
Fax: (360) 329-6968
Email: Dellert.Law.Office@gmail.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| REBECCA STUVA,<br><br>        Plaintiff,<br><br>  vs.<br><br>COMMISSIONER OF SOCIAL SECURITY<br><br>        Defendant. | Case # 2:14-CV-01773-CMK<br><br>STIPULATED MOTION AND ORDER FOR EXTENSION OF TIME |

      The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Plaintiff shall have a first extension of time to file Plaintiff's Opening Brief.

      Counsel for the Plaintiff was hospitalized for an illness and needs additional time to draft this Opening Brief. Plaintiff requests a 14-day extension of time to finish the brief to March 20th 2015.

      The parties stipulate that the Court's Scheduling Order shall be modified accordingly.

Page 1   MOTION
         [2:14-CV-01773-CMK]

| | |
|---|---|
| Dated January 23, 2015: | /s/ Kelsey M Brown |
| | KELSEY MACKENZIE BROWN CA #263109 |
| | Dellert Baird Law Offices, PLLC |
| | PO Box 3757 |
| | Silverdale, WA 98383 |
| | (360) 329-6968 |
| | Attorney for Plaintiff |
| Dated January 29, 2015: | s/ KELSEY M. BROWN for Kevin Gill |
| | KEVIN GILL |
| | (per e-mail authorization) |
| | Special Assistant U.S. Attorney |
| | Office of the General Counsel |
| | |
| | Of Attorneys for Defendant |

### ORDER

The Court adopts the parties' stipulation as outlined above. Plaintiff's confidential letter brief is now due on March 20, 2015. The Court's Scheduling Order (Doc. 6) is modified accordingly.

IT IS SO ORDERED:

Dated: March 20, 2015

*[signature]*
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

Page 2   MOTION
         [2:14-CV-01773-CMK]

Dellert Baird Law Offices, PLLC
PO Box 3757
Silverdale, WA 98383
(360) 329-6968