BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8985
    Facsimile: (415) 744-0134
    E-mail: Michael.Marriott@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| REBECCA STUVA, | ) |
| | ) Case No. 2:14-cv-01773-CMK |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) **ORDER OF REMAND** |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner | ) |
| of Social Security, | ) |
| | ) |
| Defendant. | ) |

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action be remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

Dated: April 16, 2015

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE